PROB 22
(Rev. 1/24)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0209 1:18CR00120-011 |

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Rec. Court)* |
|---|---|
| | 2:26-cr-00059-GMN-MDC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District of New York | Buffalo |

| Jamell Trapp a/k/a Trapp, a/k/a K.S. | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Lawrence J. Vilardo, U.S. District Judge |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 3/17/2026 | 3/16/2031 |

OFFENSE
Ct 1: Conspiracy to Possess with Intent to Distribute, 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §846, 21 U.S.C. §841(a)(1), 21 U.S.C. §841(b)(1)(A) and Ct 40: Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a)(2)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

**No intention of returning to Western District of New York**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ WESTERN _____ DISTRICT OF _____ NEW YORK _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ DISTRICT OF NEVADA _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ 4/16/24 _____
Date

_____ *[signature]* _____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ April 23, 2026 _____
*Effective Date*

_____ *[signature]* _____
United States District Judge

PROB 22
(Rev. 1/24)

TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

0209 1:18CR00120-011

DOCKET NUMBER *(Rec. Court)*

2:26-cr-00059-GMN-MDC

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District of New York | Buffalo |

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Jamell Trapp a/k/a Trapp, a/k/a K.S.

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| Honorable Lawrence J. Vilardo, U.S. District Judge | | |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | 3/17/2026 | 3/16/2031 |

OFFENSE

Ct 1: Conspiracy to Possess with Intent to Distribute, 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §846, 21 U.S.C. §841(a)(1), 21 U.S.C. §841(b)(1)(A) and Ct 40: Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a)(2)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

**No intention of returning to Western District of New York**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ WESTERN _____ DISTRICT OF _____ NEW YORK _____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ DISTRICT OF NEVADA _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____4/16/26_____
*Date*

_____United States District Judge_____

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*